No. 81–2386. DELCOSTELLO *v.* INTERNATIONAL BROTHERHOOD OF TEAMSTERS ET AL. C. A. 4th Cir. [Certiorari granted, *ante*, p. 1034]; and

No. 81–2408. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, ET AL. *v.* FLOWERS ET AL. C. A. 2d Cir.

[Certiorari granted, *ante*, p. 1034.] Motion of Teamsters for a Democratic Union for leave to file a brief as *amicus curiae* in No. 81–2386 granted. Motion of petitioners for divided argument granted, and divided argument on behalf of respondents granted. Motion of respondents in No. 81–2408 for divided argument and for additional time for oral argument denied. Motion of respondents in No. 81–2386 for divided argument denied.